UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WINFRED CAMPBELL (#161377)

VERSUS

NATHAN BURL CAIN, ET AL.

CIVIL ACTION

NO. 14-0694-JWD-EWD

O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 11, 2016, to which an objection was filed:

**IT IS ORDERED** that the Defendants' Motion to Dismiss (R. Doc. 12) is granted, dismissing the Plaintiff's claims asserted against the defendants named in this proceeding, with prejudice.[1]

Signed in Baton Rouge, Louisiana, on March 2, 2016.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

1 The Court declines to provide the plaintiff with an opportunity to amend his Complaint to attempt to better allege a cause of action against the defendants. Not only has he failed to oppose the defendants= motion to dismiss and failed to make any attempt to amend his Complaint to respond to the defendants= contentions, there is no suggestion that he could provide any factual allegations that suggest the personal and direct involvement of former Warden Burl Cain or Legal Programs Director Trish Foster in the events of which he complains.